IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AMANDA MASON and AUSTIN MASON,<br><br>                    Plaintiffs,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, *et al.*,<br><br>                    Defendants. | Case No. 25-CV-418-JFH-GLJ |

## **ORDER**

      Before the Court is the Report and Recommendation of United States Magistrate Judge Gerald L. Jackson. Dkt. No. 29. The Magistrate Judge recommends that the Motion to Remand filed by Plaintiffs Amanda and Austin Mason [Dkt. No. 15] be granted.

      Neither party objected to the Magistrate Judge's Report and Recommendation within the fourteen-day period prescribed by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b). Having reviewed the Report and Recommendation, the Court concurs with the Magistrate Judge's recommendation and accepts and adopts it as the order of this Court.

      On that basis, IT IS HEREBY ORDERED that:

      (1) Plaintiff' Motion to Remand [Dkt. No. 15] is GRANTED; and

      (2) This case is REMANDED to the District Court of Okmulgee County, Oklahoma.

Dated this 13th day of March, 2026

JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE